UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In the Matter of Grand Heritage
Management, LLC

vs. MC NO. 06-85 ML

MICHAEL MURPHY, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
September 21, 2006

Entered as an Order of this Court on September 21, 2006.

Barbara Barletta
Deputy Clerk