**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN THE MATTER OF GRAND HERITAGE MANAGEMENT, LLC<br>Plaintiff,<br><br>V.<br><br>MICHAEL MURPHY AND JAY DIGIULIO | ) | M.P. No. 06-085 ML |

**STIPULATION**

By agreement of the undersigned parties, the hearing scheduled for October 4, 2006 on the Plaintiff's Motion to Enforce Subpoenas and For Award of Costs shall be continued to October 13, 2006.

Plaintiff
In the Matter of Grand Heritage Management
By and through its Counsel

/s/ Douglas A. Giron
Douglas A. Giron, #2943
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860
Telephone: (401) 272-1400
Facsimile: (401) 272-1403
Dgiron@shslawfirm.com

Vanderbilt Hall, L.P., Michael Corso
and Arnold B. "Buff" Chace
By and through their Counsel

/s/ Christian C. Potter
Michael J. Lepizzera, Jr., #4995
Christian C. Potter #5359
Lepizzera & Laprocina
301 Metro Center Blvd, Suite 102
Warwick, Rhode Island 02886
Telephone: (401) 739-7397
Cpotter@lldlawyers.com
Mlepizzera@lldlawyers.com