LEPIZZERA · LAPROCINA

COUNSELLORS AT LAW

Michael J. Lepizzera Jr. †
Paul N. Laprocina Jr. †
Christopher F. DePalo †*^
Christian C. Potter †*
Thomas J. Marks †*
Flávia R. da Silva-Benson *
Scott K. DeMello *

† admitted in RI
* admitted in MA
^ admitted in NH

June 12, 2006

(Via facsimile only @ 401.272.1403)
Shechtman Halperin Savage, LLP
Attn: Douglas A. Giron, Esq.
1080 Main Street
Pawtucket, RI 02860

Robert S. Simon, Esq.
P.O. Box 820035
Portland, Oregon 97282-1035

***Re:*** ***<u>Grand Heritage Management, LLC. vs. Jay DiGiulio</u>***
***Case Number: 3:06-cv-248-BR***

***<u>Grand Heritage Management, LLC. vs. Michael Murphy</u>***
***Case Number: 3:06-cv-249-MO***

Dear Mr. Simon and Mr. Giron:

As you know, I represent the interests of Vanderbilt Hall L.P., Michael Corso, Arnold B. "Buff" Chace, Jr. and Cornish Associates.[1] I write to you now concerning a second round of subpoenas Mr. Simon purportedly issued in his capacity as attorney of Grand Heritage Management, LLC in the above-entitled matters pending in the United States District Court for the District of Oregon.

As I understand it, counsel for defendants Michael Murphy and Jay DiGiulio filed a motion for protective order in the Federal District Court for the District of Oregon to preclude the taking of any discovery including the issuance of any extra-territorial subpoenas until further order of the court. This motion is scheduled to be heard tomorrow at 9:30 am in the Federal District Court of Oregon. To this end, I do not believe it is appropriate or practical for plaintiff's counsel to demand compliance for the second round of subpoenas which also happen to call for a return date of June 13, 2006 at 9:00 am. If the Federal District Court Judge in Oregon grants the motion for protective

[1] I also represent Michael Hogue with respect to any subpoena that may have been served upon him in this matter. I am not aware of a second subpoena served upon Mssr. Hogue but - to the extent one has been served upon him again – this letter shall also address said subpoena.

301 Metro Center Blvd., Suite 102, Warwick, Rhode Island 02886 · Tel. 401.739.7397 · Fax 401.384.5950
980 Washington Street, Suite 218, Dedham, Massachusetts 02026 · Tel. 781-329-0300 · Fax 781-329-0388
www.lldlawyers.com

order being heard tomorrow, the subject subpoenas would be stricken and not require any response from my clients.

Therefore, on behalf of my clients, we take the position that we are not required to substantively respond to the subpoenas until the Federal District Court Judge in Oregon passes upon the motion for protective order. Moreover, even if the motion is denied and the court allows the issuance of the extra-territorial subpoenas, my client reserves the right to press forward with any objections they have to the merits of the subpoenas. I expressly incorporate the objections set forth in my April 10, 2006 correspondence addressed to Mr. Simon concerning the first round of subpoenas issued to my various clients. There is no need for me to reiterate those objections previously articulated back in April of 2006. In addition, the various subpoenas are too broad in scope and would require my clients to go through voluminous records to determine whether or not those certain documents were exchanged between certain parties. That seems to be an exercise in futility and has no bearing on the merits of the lawsuit in Oregon.

I will be in touch as soon as I hear the outcome of the motion for protective order.

Respectfully submitted,

Michael J. Lepizzera, Jr.

Michael J. Lepizzera, Jr.

cc: William Patton, Esq. (via facsimile only @ 503.778.2200)