**DOCUMENTS PRODUCED:**

**From Michael Hogue:**

**0001:** a one (1) page e-mail dated May 17, 2005 at 11:39 am from Michael Hogue to Michael Murphy and Jay DiGuilio regarding Vanderbilt Hall.

**0002:** a one (1) page e-mail dated May 12, 2005 at 5:39 pm from Michael Hogue to Michael Murphy and Jay DiGuilio with a subject matter listed as *Marketing, Sales and GA expense in Phase One.*

**0003:** a one (1) page e-mail dated May 12, 2005 at 2:43 pm from Michael Hogue to Michael Murphy and Jay DiGuilio with a subject matter listed as *Preliminary Questions on the Forecast.*

**0004:** a one (1) page e-mail dated May 9, 2005 at 1:53 pm from Michael Hogue to Michael Murphy and copied to Jay DiGuilio and Buff Chace regarding Vanderbilt Hall.

**0005-0006:** a two (2) page document containing the two (2) following e-mails: (i) an e-mail dated May 5, 2005 at 1:31 pm from Michael Hogue to Jay DiGuilio regarding Vanderbilt Hall and (ii) an e-mail dated May 2, 2005 at 1:46 pm from Michael Hogue to Michael Murphy and Jay DiGuilio regarding Vanderbilt Hall.

**0007-009:** a three (3) page e-mail dated May 5, 2005 at 3:29 pm from Michael Hogue to Michael Murphy and Jay DiGuilio regarding *Updated Issues for VH.*

**From Michael Murphy:**

**00010:** a one (1) page e-mail dated May 20, 2005 at 12:45 pm from Michael Murphy to Michael Hogue and others regarding Vanderbilt Hall.

**00011:** a one (1) page e-mail dated May 20, 2005 at 9:45 am from Michael Murphy regarding Vanderbilt Hall.

**00012-00013:** a two (2) page e-mail dated May 20, 2005 at 8:42 am from Michael Murphy to Buff Chace and others regarding Vanderbilt Hall.

**00014:** a one (1) page e-mail dated May 20, 2005 at 8:27 am from Michael Murphy regarding Vanderbilt Hall.

**00015:** a one (1) page e-mail dated May 20, 2005 at 10:09 am from Michael Murphy regarding Vanderbilt Hall.