UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF GRAND HERITAGE MANAGEMENT, LLC,
Plaintiff,

v.

MICHAEL MURPHY AND JAY DIGIULIO,
Defendants.

M.C. No. 06-085-S-LDA

**AGREED ORDER WITHDRAWING PLAINTIFF'S MOTION TO ENFORCE SUBPOENAS AND FOR AWARD OF COSTS**

This matter was scheduled to be heard before this Court on January 18, 2007 on Plaintiff's Motion to Enforce Subpoenas and for an Award of Costs. By agreement of the parties, it is hereby ordered, adjudged, and decreed that said Plaintiff's motion may be withdrawn.

Entered as an Order of this Court on this 17th day of January 2007.

ENTER:

/s/ Lincoln D. Almond
United States Magistrate Judge

PER ORDER:

/s/ Jeannine Noel
Deputy Clerk